WHEELER CONDENSER AND ENGINEERING COMPANY, Respondent, *v.* R. G. PACKARD COMPANY, Appellant.

*Wheeler Condenser, etc., Co.* v. *Pack·ird Co.,* 83 App. Div. 288, affirmed.
(Submitted March 3, 1904; decided March 29, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1903, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*C. D. Rust* for appellant.

*Norman W. Kerngood* for respondent.

Judgment affirmed, with costs, and ten per cent damages, under section 3251 of the Code of Civil Procedure; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.

———

THE CALEDONIA SPRINGS ICE COMPANY, Respondent, *v.* CAMILLE FOREST, Appellant.

*Caledonia Springs Ice Co.* v. *Forest,* 81 App. Div. 654, affirmed.
(Argued March 3, 1904; decided March 29, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 16, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and the report of a referee.

*Merton E. Lewis* for appellant.

*George D. Reed* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.